# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SUNCOAST SURGICAL ASSOCIATES, P.A.,

    Plaintiff,

v.   Case No: 8:14-cv-2062-T-30AEP

BLUE CROSS & BLUE SHIELD OF FLORIDA, INC.,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal (Dkt. #35). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed, with each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 2nd day of June, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record